**IT IS SO ORDERED.**

**SIGNED THIS: July 6, 2023**

_____
**Mary P. Gorman**
**United States Bankruptcy Judge**

_____

U.S. BANKRUPTCY COURT
Central District of Illinois

| | | |
|---|---|---|
| In re: | Brittanie N Bell<br>Riley J Bell | Case No.   23-90284 |
| Debtors | | |

### ORDER DISMISSING CASE

The Court finds:

    that the debtors failed to file or upload a list (mailing matrix) containing the name and address of each entity included or to be included on Schedules D, E/F, G, and H per B. Rule 1007(a)(1).

IT IS THEREFORE ORDERED that the Chapter 7 case in bankruptcy filed on July 5, 2023, be and is hereby dismissed.

IT IS FURTHER ORDERED that if the filing fee for this case was not paid in full, any new case filed by debtors under any Chapter of the Bankruptcy Code in the Central District of Illinois must be accompanied by the full case filing fee.

IT IS FURTHER ORDERED that the Clerk's fees of $0.00 are due from the Trustee to the extent any monies were received by the Trustee, and the Trustee is directed to file the Final Report (30 days for a Chapter 7).

    Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.

###